# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| TINA MCROY, | ) |
| Movant, | ) |
| v. | ) No. 4:18-cv-01120-CDP |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of movant Tina McCroy to amend her 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence. (Docket No. 2). Good cause being shown, the Court will grant plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend her 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence (Docket No. 2) is **GRANTED**.

Dated this 15th day of November, 2018.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE